IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARIA HARKNESS, AS INDEPENDENT EXECUTOR OF THE ESTATE OF PAUL PHILLIP GIANNANDREA,<br><br>*Plaintiff,*<br><br>VS.<br><br>SHELLPOINT MORTGAGE SERVICING,<br><br>*Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 9:23-CV-00196<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 10]. The Parties advise that they have reached an agreement for Plaintiff to dismiss her claims against Defendant with prejudice in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that pursuant to the agreement between the Parties, Defendant may charge its attorney's fees and costs to the subject loan.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

The Telephonic Status Conference currently scheduled for December 6, 2023 at 10:00 a.m. is **CANCELLED**.

**SIGNED this 4th day of December, 2023.**

Michael J. Truncale
United States District Judge